**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2451

MICHAEL A. CHURCH,

Plaintiff - Appellant,

versus

COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior District Judge.  (CA-02-98-2)

Submitted:  June 28, 2004          Decided:  July 26, 2004

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph E. Wolfe, WOLFE, WILLIAMS & RUTHERFORD, Norton, Virginia, for Appellant.  Patricia M. Smith, Acting Regional Chief Counsel, Region III, Dina White Griffin, Assistant Regional Counsel, Philadelphia, Pennsylvania, John L. Brownlee, United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Church appeals the district court's order affirming the Commissioner's denial of disability insurance benefits and supplemental security income. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. <u>See</u> 42 U.S.C. § 405(g) (2000); <u>Craig v. Chater</u>, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the record and the briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Church v. Comm'r of Soc. Sec.</u>, No. CA-02-98-2 (W.D. Va. Oct. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>